IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

APPROXIMATELY $35,090.00 IN UNITED STATES CURRENCY,

    Defendant.

No. C 14-02280 WHA

**ORDER REQUESTING RESPONSE FROM THE GOVERNMENT**

    This is an *in rem* forfeiture action, in which the government has filed a motion for default judgment. In that connection, the undersigned judge requests that the government please file a response, clarifying whether or not Leroy Byrd is currently incarcerated. Please file this response by **2 PM ON AUGUST 20, 2014**.

    **IT IS SO ORDERED.**

Dated: April 19, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE