IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C 14-02280 WHA |
| v. | |
| APPROXIMATELY $35,090.00 IN UNITED STATES CURRENCY, | **JUDGMENT** |
| Defendant. | |

For the reasons stated in the accompanying order granting default judgment (Dkt. No. 23), **FINAL JUDGMENT IS HEREBY ENTERED** in the amount of $35,090.00 in favor of plaintiff and against defendant. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 3, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE